# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

153347

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 153347
COA: 323614
Kalamazoo CC: 2010-001328-FC

DALLAS AUGUSTA McDADE, JR.,
      Defendant-Appellee.

_____/

By order of May 31, 2017, the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Skinner* (Docket No. 152448) and *People v Hyatt* (Docket No. 153081). On order of the Court, the cases having been decided on June 20, 2018, 502 Mich 89 (2018), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to that court to review the defendant's sentence for first-degree murder for an abuse of discretion.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



a1126

Clerk